**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Olton Lee Dumas, Civil No. 01-1436 DSD/AJB

Plaintiff,

v. **ORDER**

Sheryl Ramstad Hvass, et al.,

Defendants.

Plaintiff is a prisoner at the Prairie Correctional Facility at Appleton, Minnesota, and he commenced this action on August 8, 2001, alleging violation of civil rights under federal law and the United States Constitution. Plaintiff initially applied for leave to proceed *in forma pauperis,* [Docket No. 3], and was ordered to submit a new application and initial partial filing fee. He has since paid the entire filing fee in full. Plaintiff has also moved for leave to file an amended and/or supplemental complaint. [Docket No. 9]. However, pursuant to Fed. R. Civ. P. 15, a party may amend once as a matter of course at any time before a responsive pleading is served. Therefore, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's application for leave to proceed *in forma pauperis* is **denied as moot** [Docket No. 3]. Summons shall be issued to plaintiff based upon his payment of the full filing fee. Plaintiff shall bear responsibility for completing timely and effective personal service of his pleadings on each defendant.

2. Plaintiff's motion for leave to file an amended complaint is **granted** [Docket No. 9]. The amended complaint shall be a single pleading which integrates all of the claims against all of the defendants in a single document entitled Amended Complaint.

Dated: August 27, 2001

Arthur J. Boylan
United States Magistrate Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK