UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Olton Lee Dumas,

Civil No. 01-1463 DSD/AJB

Plaintiff,

v.

**ORDER TO SHOW CAUSE**

Sheryl Ramstad Hvass, et al.,

Defendants.

This matter has been commenced as an action alleging violation of civil rights. Plaintiff is a prisoner at the Prairie Correctional Facility in Appleton, Minnesota. The case has been referred to the undersigned United States Magistrate Judge for report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.1. The matter is now before the Court on defendant Hvass's motion to dismiss. The motion and supporting memorandum, filed with the Court and served on petitioner by mail on November 15, 2001, allege that the petitioner's claims are barred because defendant cannot be sued in her official or individual capacities; defendant was not personally involved; defendant is entitled to qualified immunity; claims are not supported by law or fact; plaintiff is not entitled to declaratory judgment; and emotional damages claims are barred by the Prison Litigation Reform Act.

Petitioner is hereby provided opportunity to timely respond to the arguments contained in respondent's motion dismiss and supporting memorandum and show cause why claims against defendant Hvass should not be dismissed.



NOV 29 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that plaintiff shall file and serve a response to the arguments contained in defendant's motion and memorandum before December 21, 2001, showing cause why defendant's motion to dismiss claims should not be granted. Failure to timely respond to this Order will result in the Court's consideration of the motion without argument from the plaintiff and may result in a recommendation of dismissal of claims against the moving defendant.

Dated: 11/29/01

Arthur J. Boylan
United States Magistrate Judge