**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Olton Lee Dumas, Civil No. 01-1436 DSD/AJB

Plaintiff,

v. **ORDER**

Sheryl Ramstad Hvass, et al.,

Defendants.

The Court has received correspondence from defendant Commissioner and separate correspondence on behalf of the remaining defendants indicating that defendants were not served plaintiff's Notice of Motion and Motion for Temporary Restraining Order and Preliminary Injunction and supporting Declaration and Memorandum which were filed along with the complaint on August 8, 2001. Defendants have now asked the Court whether a response to the motion is desired by the Court.

Based upon defendants' correspondence and review of plaintiff's motion pleadings, the Courts hereby **ORDERS** that memorandum responses be submitted on behalf of each defendant, each memorandum not to exceed five pages in length. Defendants' memorandums shall be due on or before January 3, 2002. Plaintiff has filed his motion with supporting memorandum and declaration and further reply to defendants' responses is not permitted.

Dated: 12/12/01

Arthur J. Boylan
United States Magistrate Judge

DEC 13 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK