UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Olton Lee Dumas,

Plaintiff,

v.

Sheryl Ramstad Hvass, Linda G. Cooper, Board of Governors of Corrections Corporation of America, Warden R. Tim O'Dell, Prairie Correctional Facility, Jacobs Trading Company, J. Berger, L. Stone, Paul Taffe, Sgt. Streff, B. Seidl and C. Andrews,

Defendants.

Civil No. 01-1436 (DSD/AJB)

**ORDER**

---

Defendants Cooper, Corrections Corporation of America, O'Dell, Prairie Correctional Facility, Jacobs Trading Company, Berger, Stone, Taffe, Streff, Seidl and Andrews have moved the Court for a protective order staying discovery in this matter while Defendants' dispositive motions are pending. The Court having reviewed Defendants' motion, and on all the files, records and proceedings herein,

IT IS HEREBY ORDERED that discovery in this matter is stayed until further order of this Court.

Dated: 1/8/02

BY THE COURT:

Arthur J. Boylan
United States Magistrate Judge

JAN 0 8 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK