**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

OLTON LEE DUMAS,

Plaintiff,

v.

SHERYL RAMSTAD HVASS, ET AL.,

Defendants.

Civil No. 01-1436 DSD/AJB

**REPORT & RECOMMENDATION**

---

In connection with the above-entitled matter, Plaintiff moved for an emergency temporary restraining order and preliminary injunction. The Federal Rules of Civil Procedure provide in relevant part: "Every order granting an injunction and every restraining order shall set forth the reasons for its issuance; *shall be specific in its terms; shall describe in reasonable detail*, and not by reference to the complaint or other documents, the act or acts sought to be restrained . . . ." FED. R. CIV. P. 65(d) (emphasis added). After reviewing the motion and the supporting documents, the Court concludes that Plaintiff has not provided the Court with enough guidance to be able to meet the dictates of FED. R. CIV. P. 65(d). Plaintiff has not asked the Court to enjoin any specific act or acts, nor has he asked the Court to order the performance of any specific act or acts. Plaintiff merely asks the Court to enjoin Defendants from denying him the "equal protections afforded and enforced under Title VII of the Civil Rights Act of 1964." This request is too vague. Therefore, IT IS HEREBY RECOMMENDED THAT:

1. Plaintiff's motion for an emergency temporary restraining order and preliminary injunction be denied.

Dated 1/8/02

Arthur J. Boylan
UNITED STATES MAGISTRATE JUDGE

JAN 08 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**NOTICE**

Pursuant to Local Rule 72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of the Court and serving all parties, within ten days after being served with a copy thereof, written objections which specifically identify the portions of the proposed findings, recommendations, or report to which objection is being made, and a brief in support thereof. A party may respond to the objecting party's brief within ten days after service thereof. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made.

AJB