**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

OLTON LEE DUMAS,

Plaintiff,

v.

SHERYL RAMSTAD HVASS, ET AL.,

Defendants.

Civil No. 01-1436 DSD/AJB

**ORDER**

---

The above matter is before the Court upon Plaintiff's motion to compel full disclosure or, in the alternative, to strike evasive and incomplete discovery responses. In an Order dated January 8, 2002, the Court ordered that discovery in this matter is stayed until further order of the Court. Therefore, Plaintiff's motion is **denied** [Docket No. 37].

Dated January 14, 2002

Arthur J. Boylan
UNITED STATES MAGISTRATE JUDGE

JAN 1 4 2002

FILED
RICHARD
JUDGMENT