**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

OLTON LEE DUMAS,

Plaintiff,

v.

SHERYL RAMSTAD HVASS, ET AL.,

Defendants.

Civil No. 01-1436 DSD/AJB

**ORDER**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan dated January 8, 2002. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion for an emergency temporary restraining order and preliminary injunction is denied [Docket No. 5].

Dated: 1/29/02

David S. Doty
UNITED STATES DISTRICT JUDGE

FILED 1-30-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______