**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Olton Lee Dumas, Civil No. 01-1436 (DSD/AJB)

Plaintiff,

v.

**ORDER TO TAKE ACTION ON SUMMARY JUDGMENT MOTION**

Sheryl Ramstad Hvass, et al.,

Defendants.

This matter is before the Court, Magistrate Arthur J. Boylan, on motion by Prairie Correctional Facility (PCF) defendants for dismissal or summary judgment.[1] A motion for dismissal or summary judgment was filed November 13, 2001, [Docket No. 18], but no supporting memorandum was filed at that time. Plaintiff filed a response in opposition to dismissal or summary judgment on December 26, 2001,[2] [Docket No. 30], although the PCF defendants did not file a memorandum until January 18, 2002. [Docket No. 43]. Plaintiff has not specifically responded to the PCF defendants' memorandum on the merits of their motion to dismiss. Plaintiff is pro se. Sarah Crippen Madison, Esq., represents the PCF defendants. Kelly L. Hanson, Esq., Assistant Attorney General, represents the defendant Sheryl Ramstad Hvass.

**IT IS HEREBY ORDERED THAT** plaintiff shall have until May 20, 2002, to

[1] Separate motion for dismissal or summary judgment has been filed by defendant Sheryl Ramstad Hvass. [Docket Nos. 20 and 21]. Plaintiff responded to this motion [Docket No. 30] and defendant thereafter filed a reply brief. [Docket No. 41]. The motion to dismiss by defendant Hvass is fully briefed by parties.

[2] Plaintiff's opposition memorandum discussed procedural bases for opposing dismissal, but did not discuss the merits of the motion which had not yet been briefed by the defendants.

Filed APR 30 2002
Francis E. Dosal, Clerk
Judgment Entered ________
Deputy Clerk's Initials ________

submit a memorandum response to the PCF defendants' motion for dismissal or summary judgment. Plaintiff's responsive memorandum must be filed with the Court and served upon defendants before May 20, 2002. Defendants thereafter shall have until June 3, 2002, in which to submit a reply memorandum, at which time the motion for dismissal or summary judgment will be considered fully briefed and ready for determination. Plaintiff's failure to provide a timely written response addressing each of the bases for dismissal will result in consideration of the motion without argument from the plaintiff.

Dated: April 30, 2002

Arthur J. Boylan
United States Magistrate Judge