**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Olton Lee Dumas, Civil No. 01-1436 (DSD/AJB)

Plaintiff,

v.

**ORDER ON PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**

Sheryl Ramstad Hvass, et al.,

Defendants.

This matter is before the Court, Magistrate Arthur J. Boylan, on plaintiff's motion for a 20-day enlargement of time in which to respond to a motion by Correctional Facility (PCF) defendants for dismissal or summary judgment.[1] The PCF motion for dismissal or summary judgment was filed November 13, 2001, [Docket No. 18], and PCF's supporting memorandum was filed on January 18, 2002. Plaintiff did not specifically respond to the PCF defendants' memorandum on the merits of their motion to dismiss and this Court therefore issued an Order to Take Action dated April 30, 2002, therein allowing plaintiff until May 20, 2002, to respond to the motion to dismiss. Plaintiff now seeks the additional time to conduct research and to obtain affidavit information. Plaintiff is pro se. Sarah Crippen Madison, Esq., represents the PCF defendants. Kelly L. Hanson, Esq., Assistant Attorney General, represents the defendant Sheryl Ramstad Hvass.

**IT IS HEREBY ORDERED THAT** plaintiff shall have until May 30, 2002, to

---

[1] Separate motion for dismissal or summary judgment has been filed by defendant Sheryl Ramstad Hvass. [Docket Nos. 20 and 21]. Plaintiff responded to this motion [Docket No. 30] and defendant thereafter filed a reply brief. [Docket No. 41]. The motion to dismiss by defendant Hvass is fully briefed by parties.

Filed MAY 23 2002
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

submit a memorandum and any additional affidavits or other supporting materials in response to the PCF defendants' motion for dismissal or summary judgment. Plaintiff's responsive memorandum must be filed with the Court and served upon defendants before May 30, 2002. Defendants thereafter shall have until June 13, 2002, in which to submit a reply memorandum, at which time the motion for dismissal or summary judgment will be considered fully briefed and ready for determination. Plaintiff has essentially had since January 18, 2002, to obtain affidavits and otherwise prepare his opposition to the PCF motion, and the Court finds no justification for granting an extension of time in excess of ten days. Plaintiff's failure to provide a timely written response addressing each of the bases for dismissal will result in consideration of the motion without argument from the plaintiff. No further extensions of time will be granted with respect to the pending dispositive motions.

Dated: 5/23/02

Arthur J. Boylan
United States Magistrate Judge

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | **Registration** |
| 8:00-8:15 | **Opening Remarks and Welcome,** ***Judge Ann D. Montgomery*** |
| 8:15-9:00 | **Securities Law Issues in the Wake of Enron,** ***Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)*** |
| 9:00-9:45 | **Current Issues in Employment Law,** ***Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)*** |
| 9:45-10:00 | **Morning Break** |
| 10:00-10:45 | **Current Initiatives in the U.S. Attorneys' Office,** ***Tom Heffelfinger (U.S. Attorneys Office)*** |
| 10:45-11:45 | **Discovery Disputes: Professionalism in the Practice of Law?,** ***Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,*** |
| 11:45-12:45 | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | **The Clerk's Office Can Be Your New Best Friend,** ***Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon*** |
| 1:30-2:15 | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** ***Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)*** |
| 2:15-3:15 | **Issues in the Wake of 9/11: Racial Profiling --** ***Daniel M. Scott (U.S. Federal Public Defenders' Office);*** **Response by the Department of Justice --** ***Tony Brown (U.S. Attorneys Office)*** |
| 3:15:3:30 | **Afternoon Break** |
| 3:30-4:15 | **Update on Technology Tools for Litigating in Federal Court,** ***Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)*** |
| 4:15-5:15 | **Ethics in "Real Life" Practice Situations,** ***Martin A. Cole (Lawyers Professional Responsibility Office)*** |

## *Seminar Registration*

☐ Member $195.00
☐ Non-Member $225.00

Name ______________________

Firm/Employer ______________________

Address ______________________

______________________

Phone ______________________

E-Nail ______________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA (612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building

## *Featured Speakers Include:*

**District of Minnesota**

Judge David S. Doty

Judge Donovan W. Frank

Judge Paul A. Magnuson

Judge Ann D. Montgomery

Judge John R. Tunheim

Chief Magistrate Judge Jonathan Lebedoff

Magistrate Judge Arthur J. Boylan

**United States Bankruptcy Court**

**District of Minnesota**

Judge Robert J. Kressel

Application Pending for 7.5 CLE Credits including
2 Ethics and 1 Bias Credit

**The Minnesota Chapter of the Federal Bar Association**
c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
PAID
Minneapolis, MN
Permit No. 2657

MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION

In connection with
The Federal Judiciary

# *28th Annual Federal Court Practice Seminar*

**June 19, 2002**
**8:00 am—5:15 pm**

Minneapolis Convention Center
1301 Second Avenue South
Room 208
Minneapolis, MN 55402
(612) 335-6000