**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Olton Lee Dumas, Civil No. 01-1436 (DSD/AJB)

Plaintiff,

v. **ORDER EXTENDING TIME**

Sheryl Ramstad Hvass, et al.,

Defendants.

This matter is before the Court, Magistrate Arthur J. Boylan, pursuant to notice to the Court from Prairie Correctional Facility (PCF) defendants that plaintiff's response in opposition to defendants' motion to dismiss was served late and therefore defendants request either that plaintiff's memorandum be stricken or that defendants be given additional time in which to reply to plaintiff's memorandum.[1] Plaintiff is pro se. Sarah Crippen Madison, Esq., represents the PCF defendants. Kelly L. Hanson, Esq., Assistant Attorney General, represents the defendant Sheryl Ramstad Hvass.

**IT IS HEREBY ORDERED THAT** the PCF defendants shall have until July 15, 2002, to submit a reply to plaintiff's memorandum in opposition to dismissal. No further written arguments may be served or filed except by express permission from the Court.

Dated: 7/2/02

Arthur J. Boylan
United States Magistrate Judge

[1] Separate motion for dismissal or summary judgment has been filed by defendant Sheryl Ramstad Hvass. [Docket Nos. 20 and 21]. The motion to dismiss by defendant Hvass is fully briefed by parties.

Filed JUL 0 2 2002
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________