UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1436(DSD/AJB)

Olton Lee Dumas,

Plaintiff,

v. **ORDER**

Sheryl Ramstad Hvass, et al.,

Defendants.

This matter is before the court on plaintiff's motion for enlargement of time. For good cause shown, the court will grant that motion and will allow plaintiff, Olton Lee Dumas, to have 10 days from the date of this order to file any objections to the magistrate judge's report and recommendation dated August 9, 2002.

Dated: August 29, 2002

David S. Doty, Judge
United States District Court

FILED AUG 29
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______