# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Olton Lee Dumas

Plaintiff

v.

Sheryl Ramstad Hvass, et al.

Defendants

Case No. Civil 01-1436 DSD/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff's motion for expansion of the 10 page limit to objections to magistrate judge's reports and recommendations is granted. The plaintiff's motion for consolidation of the magistrate judge's reports and recommendations is denied. That defendants Linda G. Cooper, Board of Governors of Corrections Corporation of America, Warden R. Tim O'Dell, Prairie Correctional Facility, Jacobs Trading Company, J. Berger, L. Stone, Paul Taffe, Sgt. Streff, B. Seidl and C. Andrews' motion to dismiss or in the alternative for summary judgment is granted and plaintiff's entire cause of action is dismissed with prejudice.

DATE: September 23, 2002

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk

65